No. 99–7642.  FALCON v. RICHMOND POLICE DEPARTMENT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–7643.  HIBBERT v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–7644.  GASKIN v. WARD, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–7645.  HAYNES ET VIR v. MATTINA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–7646.  HORSLEY v. BUSH, GOVERNOR OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–7647.  FRANCIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 99–7653.  MATHONICAN v. TEXAS ET AL. (two judgments).  C. A. 5th Cir.  Certiorari denied.

No. 99–7655.  JACKSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 99–7656.  FRYE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–7658.  FAIR v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 99–7660.  HINES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–7662.  HYCHE v. CHRISTENSEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–7663.  FRANKS v. MARTIN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–7665.  DURACHKO v. McCULLOUGH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE.  C. A. 3d Cir.  Certiorari denied.